UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN GILBERT, | Case No. 1:21-CV-1304-JLT-HBK |
| Plaintiff, | ORDER TO SHOW CAUSE WHY CLERK'S ENTRY OF DEFAULT JUDGMENT OR OTHER SANCTIONS NOT IMPOSED AS TO DEFENDANT SHAIBI ABDULQAWI D/B/A J'S SMOKE SHOP #9 |
| v. | |
| SHAIBI ABDULQAWI, D/B/A J'S SMOKE SHOP #9; NINDISEVENTEEN LTD LIABILITY CO.; AMAR KUMAR,[1] | MAY 6, 2022 DEADLINE |
| Defendants. | ORDER TO CORRECT DOCKET |
| | (Doc. No. 19) |

This matter comes before the Court upon review of the docket after conclusion of a scheduling conference held before the undersigned on April 21, 2022.  On February 9, 2022, the parties filed a joint motion stipulating to a lift of the clerk's entry of default as to Shaibi Abdulqawi, d/b/a/ J's Smoke Shop ("Abdulquwi") and Nindiseventeen to permit these defendants to file a responsive pleading and "for the case to be heard on its merits." (Doc. No. 18 at 1).  The Court granted the motion.  (Doc. No. 20).  As of the date on this Order, Defendant Abdulqawi has

---

[1] Amar Kumar is not named as a defendant in the complaint.  (Doc. No. 1).  Despite not being named as a defendant in the Complaint, counsel entered an appearance, filed a motion to stay, and titled an answer on docket as if filed on behalf of this non-party. (Doc. Nos. 11, 19) (notably counsel references Kumar's name on the docket entry, but not on the answer itself. The answer is filed only on behalf of Defendant Nindiseventeen).

not filed an answer or response to the Complaint. Only Defendant Nindiseventeen filed an answer and affirmative defenses to the complaint. (Doc. No. 19).

Thus, Defendant Abdulqawi shall show good cause within ten days from the date on this order why a clerk's default should not be re-entered for failure to timely file a responsive pleading to the complaint. Additionally, despite receiving notice of the scheduling conference, neither Defendant Abdulqawi nor counsel for Defendant Abdulqawi appeared for the scheduling conference held before the undersigned on April 21, 2022. (Doc. No. 3). Thus, Defendant Abdulqawi shall also show good cause why sanctions should not be imposed for a failure to appear at the scheduled hearing.

Accordingly, it is **ORDERED**:

1. Defendant Shaibi Abdulqawi d/b/a/ J's Smoke Shop #9 shall show good cause no later than May 6, 2022, why a clerk's default should not be entered for failure to respond to the Complaint; or alternatively file a responsive pleading.

2. Defendant Shaibi Abdulqawi d/b/a/ J's Smoke Shop #9 shall show good cause why sanctions should not be entered for failure to appear at the April 21, 2022, scheduling conference no later than May 6, 2022.

3. The Clerk of Court shall correct the docket to remove Amar Kumar as a defendant because Amar Kumar is not named as a defendant on the Complaint in this action.

Dated:    April 22, 2022

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE