UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN GILBERT,<br><br>        Plaintiff,<br><br>    v.<br><br>SHAIBI ABDULQAWI, d/b/a J's Smoke Shop #9; NINDISEVENTEEN LTD. LIABILITY CO.,<br><br>        Defendants. | Case No. 1:21-cv-01304-JLT-HBK<br><br>ORDER VACATING MARCH 1, 2022, ORDER IN PART; DIRECTING CLERK TO REINSTATE CLERK'S DEFAULT AS TO SHAIBI ABDULQAWI D/B/A J'S SMOKE SHOP #9<br><br>ORDER RESETTING MANDATORY SCHEDULING CONFERENCE<br><br>**JUNE 9, 2022 at 09:00 AM**<br><br>(Doc. Nos. 20, 33) |

      On April 25, 2022, the Court issued an order to show cause directing Defendant Shaibi Abdulqawi d/b/a J's Smoke Shop #9 to show cause within ten (10) days why a clerk's default or other sanctions should not be imposed due to that Defendant's failure to answer or otherwise respond to the complaint and to appear at the Court's mandatory Scheduling Conference held on April 21, 2022. (Doc. No. 31). On May 6, 2022, attorney Lawrence Niermeyer filed a declaration in response to the Court's order to show cause. (Doc. No. 33). As of this date, Defendant Shaibi Abdulqawi d/b/a J's Smoke Shop #9 has not filed a response and the time to do so has expired.

      Attorney Niermeyer explains his former client, Defendant Nindiseventeen Ltd. Liability

Company ("Nindiseventeen"), who owns the building in which the J's Smoke Shop #9 is located, also requested he represent Shaibi Abdulqaw d/b/a J's Smoke Shop #9. (*Id.* at 1-2). Counsel made several attempts for Shaibi Abdulqaw d/b/a J's Smoke Shop #9 to complete his law firm's retainer agreement and waiver of conflict form to no avail. (*Id.* at 2). Attorney Niermeyer further explains his firm inadvertently filed a motion to stay and stipulation to set aside the clerk's default for both Defendants Nindiseventeen and Shaibi Abdulqaw d/b/a J's Smoke Shop #9. (*Id.*). Attorney Niermeyer states he does not represent Shaibi Abdulqaw d/b/a J's Smoke Shop #9. (*Id.*). In order the Clerk's default be lifted, the Court relied on Attorney Niermeyer's representation that the parties, including Shaibi Abdulqaw d/b/a J's Smoke Shop #9, would enter an answer so the case could be heard on the merits. (Doc. Nos. 18 at 1, 20). An Answer was filed only on behalf of Nindiseventeen.[1] (Doc. No. 19). Based on Attorney Niermeyer's declaration, the Court vacates in part its order previously directing the Clerk to lift the Clerk's default as to Shaibi Abdulqaw d/b/a J's Smoke Shop #9. (Doc. No. 20).

Accordingly, it is **ORDERED**:

1. The Court vacates its order setting aside the Clerk's default as to Shaibi Abdulqawi d/b/a J's Smoke Shop #9 (Doc. No. 20). The Clerk shall reinstitute the Clerk's default entered as to Shaibi Abdulqawi d/b/a J's Smoke Shop (Doc. No. 8).

2. The Court resets this matter for a telephonic mandatory Scheduling Conference for Thursday, **June 9, 2022, at 9:00 AM**. The parties may file a revised Joint Scheduling Report no later than **May 26, 2022,** if appropriate.

3. A copy of this Order shall be mailed to Shaibi Abdulqawi d/b/a J's Smoke Shop at 1841 Darby Ln., Ceres, CA 95307.

Dated:   May 16, 2022

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

---

[1] The Answer was also filed on behalf of Amar Kumar, who is not named as a Defendant in this action and has been removed from the docket. (Doc. No. 31).

2